Jessica Anvar (SBN: 250610)
Benjeman Beck (SBN: 268617)
Matt Xie (SBN: 317942)
**CONSUMER LAW EXPERTS, P.C.**
5757 W. Century Blvd., Suite 500
Los Angeles, California 90045
Telephone: (310) 442-1410
Fax: (877) 566-8828
jessica@nolemon.com
ben@nolemon.com
matt@nolemon.com

Attorneys for Plaintiff,
FORTINO GUZMAN PEREZ

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FORTINO GUZMAN PEREZ, an Individual,<br><br>Plaintiff,<br>vs.<br><br>FCA US LLC; PUENTE HILLS CHRYSLER DODGE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-05599-JFW-PJW<br><br>Hon. John F. Walter<br><br>**ORDER TO REMAND TO LOS ANGELES COUNTY SUPERIOR COURT** |

The Court having reviewed the parties' Stipulation to Remand to Los Angeles County Superior Court, and good cause appearing, IT IS ORDERED THAT this action, case number 2:19-CV-05599-JFW-PJW and removed from Los Angeles County Superior Court case number 19PSCV00481, is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATE: July 22, 2019

_____
Hon. John F. Walter